IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

*In re:*  CASE NO. 20-11837-LMI
CHAPTER 13

FRANKLIN FLOYD BALLOU
ALIETTE MIRZA BALLOU,

    Debtor.
_____/

**OBJECTION TO CONFIRMATION**

U.S. BANK TRUST NATIONAL ASSOCIATION, AS TRUSTEE OF CHALET SERIES IV TRUST ("Secured Creditor"), by and through its undersigned attorney, objects to the Debtor`s Second Amended Chapter 13 Plan (DE 47)(the "Plan") and to Confirmation of the Plan, and in support thereof states as follows:

1. Secured Creditor maintains a security interest in Debtor`s real property located at 510 Pinecrest Drive, Miami, FL 33166.

2. Secured Creditor has timely filed Proof of Claim #3 in the amount of $411,579.85, with an arrearage of $160,570.29, and a post petition payment of $2,818.19.

3. The Debtor's Plan includes payment of the pre-petition and post-petition amounts due to Secured Creditor, however, the total monthly Plan payment amount of $6,947.88 beginning in month 16 of the Plan is not a feasible payment amount. Based on the Debtor's filed Schedules I and J, the Debtor only has a monthly disposable income of $1,557.20, which is insufficient to make the proposed monthly Plan payment amounts.

**WHEREFORE**, Secured Creditor, U.S. BANK TRUST NATIONAL ASSOCIATION, AS TRUSTEE OF CHALET SERIES IV TRUST, respectfully requests that this Court deny confirmation of the Debtors` proposed Chapter 13 Plan, and require the Debtors to amend the

Plan to overcome Secured Creditor's objections as stated herein, conform to the entire amount due under Secured Creditor's Proof of Claim, and such other relief as the Court deems just and proper.

                                         Respectfully submitted,
                                         HOWARD LAW GROUP

                                         /s/ Matthew Klein
                                         MATTHEW KLEIN
                                         FLORIDA BAR#: 73529
                                         4755 Technology Way, Suite 104
                                         Boca Raton, FL 33431
                                         Telephone: 954-893-7874
                                         Fax: 888-235-0017
                                         Email: matthew@howardlawfl.com

      **I HEREBY CERTIFY** that on September 8, 2020, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF System, which will send a notice of electronic filing to all CM/ECF participants:

Christian. S. Diaz, Esq,. 9370 SW 72nd Street, Suite A110, Miami, FL 33173

Nancy K. Neidich, Trustee, P.O. Box 279806, Miramar, FL 33027

United States Trustee, 51 SW 1st Avenue, Suite 1204, Miami, FL 33130

and a true and correct copy was mailed to the non-CM/ECF participants:

Franklin Floyd Ballou and Aliette Mirza Ballou, 510 Pinecrest Drive, Miami, FL 33166

                                         /s/ Matthew Klein
                                         MATTHEW KLEIN
                                         FLORIDA BAR#: 73529